# United States Court of Appeals

## For the First Circuit

No. 08-1094

DIANE E. FARLEY,

Petitioner, Appellant,

v.

LYNN BISSONNETTE, SUPERINTENDENT,
MASSACHUSETTS CORRECTIONAL INSTITUTION, FRAMINGHAM,

Respondent, Appellee.

**ERRATA**

The opinion of this Court, issued on October 8, 2008, should be amended as follows:

On page 3, line 3, replace "06-10672-GAO" with "06-10672".

On page 9, line 4, replace "eye witness" with "eyewitness".